FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ DEC 22 2011

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SANTOS RIVERA,

                Plaintiff,

    -against-

ALL THE JOHN DOES THAT WORK AT
BROOKLYN SOUTH NARCOTICS UNIT AND
72ND PRECINCT, 3:00PM TO 11PM, 3-20-09,

                Defendants.
----------------------------------------------------------------X

JUDGMENT
11-CV- 5586 (BMC)

      A Memorandum Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been December 21, 2011, dismissing the complaint without prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

      ORDERED and ADJUDGED that the complaint is dismissed without prejudice; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
       December 22, 2011

                            Douglas C. Palmer
                            Clerk of Court

                by: Michele Gapinski,
                    Chief Deputy for
                    Court Operations